**LEVITON LAW GROUP, A P.C.**
Stuart L. Leviton (SB# 169046)
520 South Grand Avenue, Ste. 700
Los Angeles, CA 90071
213.955.9030 (T)
213.955.9029 (F)
sleviton@levitonlawgroup.com (E)

Attorneys for Plaintiff
JAY T IMPERIAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAY T IMPERIAL, an individual; LAN LEE, an individual<br><br>Plaintiffs,<br><br>v.<br><br>NINA CASTRUITA, in her official capacity as Clerk of the City of Rosemead, California; THE ROSEMEAD, CALIFORNIA CITY COUNCIL; and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. CV 05-08940 RGK (CWx)<br><br>**ALL PARTIES' STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION PURSUANT TO FRCP 41(A)(1)(ii)** |

Plaintiff Jay T. Imperial and defendants Nina Castruita and The Rosemead, California City Council, by and through their respective attorneys of record, hereby stipulate as follows:

### I. Recitals

1. Mr. Imperial filed the instant action to challenge whether the procedures used in connection with a recall election, of which he was a subject, comported with the federal Voting Rights Act ("VRA").

2. The subject recall election has now taken place. The voters of the City of Rosemead rejected the effort to recall Mr. Imperial, among others.

3. Since Mr. Imperial was not recalled by the voters of the City of Rosemead, whether the procedures used in connection with the subject recall election comported with the VRA is a moot issue, and the instant action has become moot.

## II. Stipulation

4. In light of the foregoing, all parties, through their respective counsel of record, hereby stipulate to dismiss this action in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

5. All parties further stipulate that each party shall bear its own costs and attorneys' fees.

Dated: October 15, 2006

LEVITON LAW GROUP, A P.C.
Stuart L. Leviton

By: _____
Stuart L. Leviton
Attorneys for Plaintiff
JAY T. IMPERIAL

Dated: October ___, 2006

WALLIN, KRESS, REISMAN & KRANITZ, LLP
Peter L. Wallin
Kenneth D. Rozell

By: _____
Kenneth D. Rozell
Attorneys for Defendants
NINA CASTRUITA and THE ROSEMEAD, CALIFORNIA CITY COUNSEL

3. Since Mr. Imperial was not recalled by the voters of the City of Rosemead, whether the procedures used in connection with the subject recall election comported with the VRA is a moot issue, and the instant action has become moot.

## II. Stipulation

4. In light of the foregoing, all parties, through their respective counsel of record, hereby stipulate to dismiss this action in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

5. All parties further stipulate that each party shall bear its own costs and attorneys' fees.

Dated: October 15, 2006

LEVITON LAW GROUP, A P.C.
Stuart L. Leviton

By: _____
Stuart L. Leviton
Attorneys for Plaintiff
JAY T. IMPERIAL

Dated: October 16, 2006

WALLIN, KRESS, REISMAN & KRANITZ, LLP
Peter L. Wallin
Kenneth D. Rozell

By: _____
Kenneth D. Rozell
Attorneys for Defendants
NINA CASTRUITA and THE ROSEMEAD,
CALIFORNIA CITY COUNSEL

IT IS SO ORDERED
Dated 10-24-06

_____
United States District Judge

2

## VERIFICATION

**STATE OF CALIFORNIA, COUNTY OF** _____

I have read the foregoing _____
_____ and know its contents.

☐ **CHECK APPLICABLE PARAGRAPHS**

☐ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am ☐ an Officer ☐ a partner _____ ☐ a _____ of _____
_____
a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. ☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☐ The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for _____
a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on _____, at _____, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____         _____
Type or Print Name                                  Signature

## PROOF OF SERVICE
1013a (3) CCP Revised 5/1/88

**STATE OF CALIFORNIA, COUNTY OF** Los Angeles

I am employed in the county of Los Angeles_____, State of California
I am over the age of 18 and not a party to the within action; my business address is: see caption

On, October 18, 2006 I served the foregoing document described as ALL PARTIES' STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION PURSUANT TO FRCP 41(A)(1)(ii) _____
_____ on DEFENDANTS_____ in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:
see attached list.

☒ **BY MAIL**

☐ *I deposited such envelope in the mail at _____, California.
The envelope was mailed with postage thereon fully prepaid.

☒ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles,_____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on _____, at _____, California.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

Executed on October 18, 2006 , at Los Angeles_____, California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Stuart L. Leviton_____         _____
Type or Print Name                                  Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Rev. 7/99

VERIFY1

## Service List

Peter Wallin, Esq.
Kenneth D. Rozell, Esq.
City Attorney
City of Rosemead, California
2800 28th Street, #315
Santa Monica, CA 90405-0625
Fax No.: 310.450.0506

*Attorneys for Defendants*
NINA CASTRUITA and
CITY OF ROSEMEAD, CALIFORNIA CITY COUNCIL